April Helena Beutel                               2/19/14

To whom this may concern,

I am requesting an extension of time for February 24, 2014 to prepare.

Sincerely

April H. Beutel

Case Number
3:13-CV-01678-TPS